1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10   EVORA RUBIO AND ROBERT RUBIO,            CASE NO. 1: 13-cv-0027-LJO-BAM
11
                         Plaintiffs,           STIPULATION AND ORDER EXTENDING
12                                             TIME FOR DEFENDANT ETHICON, INC. TO
                                               RESPOND TO PLAINTIFF'S COMPLAINT
13       vs.
14   LARA JEANINE ARNDAL, *et. al*,
15                       Defendants.
                                           /
16
17
18       Pursuant to the Joint Stipulation to Extend Time for Defendant Ethicon, Inc. to Respond to
19   Plaintiffs' Complaint, IT IS HEREBY ORDERED that Defendant Ethicon Inc. has up to and including
20   March 13, 2013 to answer or otherwise respond to Plaintiffs' Complaint.
21       IT IS SO ORDERED.
22
23   **Dated:   February 14, 2013**              **/s/ Barbara A. McAuliffe**
24                                               UNITED STATES MAGISTRATE JUDGE
25
26
27
28
                                                  1